IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA LYLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-2647 |
| | : | |
| TRANS UNION | : | |

# ORDER

**AND NOW**, this 8th day of January 2026, upon considering defendant's motion to dismiss (DI 9), plaintiff's opposition (DI 11), defendant's reply (DI 23), plaintiff's amended opposition (DI 29), plaintiff's motion to consolidate cases (DI 38), plaintiff's motion to vacate dismissal (DI 39), defendants' response to the entirety of the record (DI 47), plaintiff's response to the entirety of the record (DI 48), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Defendant's motion to dismiss (DI 9) is **GRANTED with prejudice** with respect to Ms. Lyle's FCRA claims against TransUnion, insofar as the FCRA claims pertain to TransUnion's alleged conduct **prior** to the execution of the settlement agreement between Ms. Lyle and TransUnion in No. 24-cv-1831.  Defendant's motion to dismiss (DI 9) is **GRANTED without prejudice** for all other claims against TransUnion, which include her (1) FCRA claim against TransUnion for TransUnion's alleged conduct **after** the execution of the settlement agreement between Ms. Lyle and TransUnion in No. 24-cv-1831; (2) FDCPA claim against TransUnion; and (3) common law fraud and misrepresentation claims against TransUnion.

2. Plaintiff's motion to consolidate cases (DI 38) is **DENIED**.

3. Plaintiff's motion to vacate dismissal (DI 39) is **DENIED**.

4. Plaintiff may, no later than **January 21, 2026**, file a fourth amended complaint addressing only the claims dismissed **without prejudice** if she can plead facts sufficient to

overcome the deficiencies outlined in our accompanying memorandum.

_____
MURPHY, J.