### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHONDA LYLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  25-2647 |
| | : | |
| TRANS UNION, LLC | : | |

## ORDER

**AND NOW**, this 26th day of May 2026, upon considering defendant's motion to strike (DI 56), defendant's motion to dismiss (DI 57), plaintiff's opposition (DI 58), defendant's reply (DI 60), plaintiff's sur-reply (DI 64), and for reasons in the accompanying memorandum, it is **ORDERED**:

1.      Defendant's motion to strike (DI 56) is **DENIED as moot**.  However, consistent with our prior order striking Ms. Lyle's attachment of the confidential settlement agreement between her and TransUnion (DI 27), we will strike from the record any reference to the settlement amount in the agreement.

2.      Defendant's motion to dismiss (DI 57) is **GRANTED** without prejudice.

3.      Plaintiff has leave to amend no later than **June 9, 2026**.  Any further dismissal will be with prejudice.


MURPHY, J.